# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-3000

_____

United States of America

*Plaintiff - Appellee*

v.

Pedro Salazar-Trejo

*Defendant - Appellant*

_____

No. 24-3006

_____

United States of America

*Plaintiff - Appellee*

v.

Pedro Salazar-Trejo

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: February 20, 2025
Filed: February 27, 2025
[Unpublished]

_____

Before SMITH, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Pedro Salazar-Trejo appeals the sentences the district court[1] imposed after he pleaded guilty to unlawful reentry and his supervised release for a prior offense was revoked. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the sentences as substantively unreasonable.

After reviewing the record, we conclude the district court did not impose substantively unreasonable sentences. See Gall v. United States, 552 U.S. 38, 41, 51 (2007) (substantive reasonableness is reviewed under deferential abuse-of-discretion standard). The sentences were within the statutory maximums, see 8 U.S.C. § 1326(b); 18 U.S.C. § 3583(b)(2), (e)(3); and the sentences were also presumptively reasonable because they fell within the applicable advisory Guidelines ranges, see U.S.S.G. § 7B1.4(a); United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009); United States v. Lopez-Rodriguez, 313 Fed. Appx. 931, 932 (8th Cir. 2009) (unpublished per curiam). The court considered the statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. See United States v. Feemster, 572 F.3d 455, 461-62, 464 (8th Cir. 2009) (en banc).

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel leave to withdraw.

_____

_____

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.